UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| **CARLENA PAGE CHAMBERS,** | ) | |
| **Plaintiff,** | ) ) ) | |
| v. | ) ) | No. 2:20-CV-035-PLR-CRW |
| **CARTER COUNTY JAIL, JESSIE LEE HODGES, ERIC TRIVETTE, LT. KENT, SAM BECKETT, MATT PATTERSON, CANDICE POTTER, C/O JOHNSON, C/O TURF, C/O EDWARDS, C/O STEWART, and SGT. HENSLY,** | ) ) ) ) ) ) ) ) | |
| **Defendants.** | ) | |

## JUDGMENT ORDER

For the reasons set forth in the memorandum opinion filed herewith, this pro se prisoner's complaint for violation of 42 U.S.C. § 1983 is **DISMISSED** for failure to state a claim upon which relief may be granted under § 1983. Because the Court **CERTIFIED** in the memorandum opinion that any appeal from this order would not be taken in good faith, should Plaintiff file a notice of appeal, she is **DENIED** leave to appeal *in forma pauperis*. *See* 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24.

The Clerk is **DIRECTED** to close the file.

**SO ORDERED.**

**E N T E R:**

_____
**CHIEF UNITED STATES DISTRICT JUDGE**

**ENTERED AS A JUDGMENT**

*/s/ JOHN L. MEDEARIS*
    **CLERK OF COURT**